**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

Shifeng Ma,

Plaintiff,

v.

United States Citizenship and Immigration Service, and United States Department of Homeland Security,

Defendants.

Case No. 2:26-cv-02107-RFB-DJA

**Order**

Before the Court is *pro se* Plaintiff Shifeng Ma's initiating documents. (ECF No. 1). However, Plaintiff has yet to pay the filing fee or apply to proceed *in forma pauperis* (which means to proceed without paying the filing fee). Although Plaintiff initiated this action by filing documents, Plaintiff must apply to proceed *in forma pauperis* to proceed with this civil action without prepaying the full $405 filing fee. The Court will grant Plaintiff one opportunity to either file an application to proceed *in forma pauperis* or pay the filing fee on or before **August 14, 2026,** to proceed with this case.

**IT IS THEREFORE ORDERED** that on or before **August 14, 2026,** Plaintiff will either pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55 administrative fee) or file with the Court a completed application to proceed *in forma pauperis* on this Court's approved form.

**IT IS FURTHER ORDERED** that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* or pay the full $405 filing fee for a civil action on or before **August 14, 2026**, the Court will recommend dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send** Plaintiff the following: (1) a copy of this order; and (2) a copy of the short form application to proceed *in forma pauperis*.[1]

DATED: July 15, 2026,

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

[1] This form can be found online on the Court's website under Code 240. https://www.nvd.uscourts.gov/court-information/forms/