TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Tamer.Botros@usdoj.gov

*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Shifeng Ma,<br><br>Plaintiff, *pro se*,<br><br>v.<br><br>USCIS, *et al.*<br><br>Defendants. | Case No. 2:26-cv-02107-RFB-DJA<br><br>**Motion to Extend Time for Federal Respondents to Respond to *Pro Se* Plaintiff's Complaint for Injunctive and Mandamus Relief (ECF No. 1)**<br><br>**FIRST REQUEST** |

Federal Defendants USCIS and DHS, by and through their undersigned counsel, hereby submit this motion for a one-month extension of time, up to and including **November 30, 2026**, for Federal Defendants to respond to *pro se* Plaintiff's Complaint (ECF No. 1). This extension is necessary because on October 14, 2026, Federal Defendants requested a corrected receipt number from *pro se* Plaintiff, as the one listed in his complaint seems to be incorrect based on USCIS representations. On October 29, 2026, Federal Defendants again emailed *pro se* Plaintiff about the need for a correct receipt number and also requested this one-month extension. At time of filing, Plaintiff has not responded to either inquiry.

This is Federal Defendants' first request for an extension of time to respond to Plaintiff's Complaint (ECF No. 1). This request is made in good faith and not for the purpose of any undue delay.

**Memorandum of Points and Authorities**

Under Federal Rule of Civil Procedure 6(b), a court may, "for good cause," extend a deadline if a request is made "before the original time or its extension requires." Fed. R. Civ. P. 6(b)(1)(A); *see also* Local Rule IA 6-1(a). The Ninth Circuit has equated good cause with the exercise of due diligence. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Additionally, Fed. R. Civ. P. 6(b)(1) should "be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits," and "requests for extensions of time made before the applicable deadline has passed should normally be granted in the absence of bad faith or prejudice to the adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010) (internal citations omitted). Courts also have inherent authority to manage their own dockets. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990); *Oliva v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992).

Undersigned AUSA is acting diligently in coordinating with USCIS regarding the claims and allegations in Plaintiffs' Complaint (ECF No. 1). However, Federal Defendants are waiting on Plaintiff's response about an incorrect receipt number in his complaint and therefore need additional time to complete their response to the Complaint. Without such additional time, a proper response to the Complaint cannot be filed. For these reasons, Federal Defendants respectfully request an extension to **November 30, 2026**, to file a response to Plaintiffs' Complaint (ECF No. 1).

/ / /

If this motion for a one-month extension of time is granted, the deadline to respond to Plaintiffs' Complaint (ECF No. 1) will be **November 30, 2026**. Given Federal Defendants' diligence, good cause exists for the extension. Federal Defendants, therefore, respectfully request that the Court grant this motion.

Respectfully submitted this 29th day of October 2026.

TODD BLANCHE
United States Attorney General
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Tamer B. Botros*
TAMER B. BOTROS
Assistant United States Attorney
*Attorneys for Federal Defendants*

IT IS SO ORDERED:

United States District Judge

Dated: October 30, 2026